1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SEQUOIA BENEFITS AND INSURANCE DATA BREACH LITIGATION | Case No. 3:22-cv-08217-WHO<br><br>**ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND PERMITTING FILING OF CONSOLIDATED COMPLAINT**<br><br>Hon. William H. Orrick |
|---|---|

The parties in *Mitra et al. v. Sequoia Benefits and Insurance Services, LLC et al.*, No. 3:22-cv-08217-WHO, *Enger v. Sequoia Benefits and Insurance Services LLC*, No. 3:22-cv-08966-WHO, *Cottrell v. Sequoia Benefits and Insurance Services LLC*, No. 3:22-cv-08978-WHO, *Alenius v. Sequoia Benefits and Insurance Services, LLC*, No. 3:2023-cv-00084-AGT, and *Carter v. Sequoia Benefits & Insurance Services LLC*, No. 3:23-cv-00216-KAW filed a stipulation to consolidate their cases into a single action before this Court for all purposes. The Court, having considered the papers and pleadings on file, and good cause appearing, hereby grants the stipulation and orders the following:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the *Mitra*, *Enger*, *Cottrell*, *Alenius*, and *Carter* actions shall be consolidated for all purposes into one action.

2. The master docket and master file for the consolidated actions shall be Case No. 3:22-cv-08217-WHO and the consolidated action shall bear the caption *In re: Sequoia Benefits and Insurance Data Breach Litigation*.

3. Plaintiffs shall either (a) file an unopposed motion to appoint leadership or (b) file separate leadership applications under Federal Rule of Civil Procedure 23(g)(3) within 14 days of this order, with any such motions limited to 7 pages not including resumes and exhibits, and with any opposition briefs to be filed within 17 days of this order.

4. Plaintiffs shall file a consolidated complaint within 14 days of the Court's order appointing interim lead counsel.

5. Sequoia shall have 40 days from the date the consolidated complaint is filed in which to file a response.

6. In the event that Sequoia's response to the consolidated complaint takes the form of a motion to dismiss, Plaintiffs shall have 30 days to oppose the motion, and Sequoia shall have 21 days to file a reply.

7. Sequoia shall not be required to respond to the current *Mitra*, *Enger*, *Cottrell*, *Alenius*, and *Carter* complaints.

//

//

-2-

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 24, 2023

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE